<div style="margin-left: auto; margin-right: 0;">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE E. BURTON, | No. C-95-3097 MMC |
| Plaintiff, | **ORDER RE: SERVICE OF MOTION TO EXTEND PRETRIAL PREPARATION ORDER DEADLINE** |
| v. | |
| FRANCIS J. HARVEY, Secretary of the Army, and LT. COL. EDWARD L. MELTON, USMC, | |
| Defendants. | |
| _____/ | |

Before the Court is plaintiff's "Motion to Extend Pretrial Preparation Deadline," filed May 30, 2006, by which motion plaintiff seeks an extension of the June 1, 2006 deadline to serve defendant Lt. Col. Edward L. Melton, as well as an extension of the November 3, 2006 discovery cutoff.  The Court construes plaintiff's motion as a motion to enlarge time, pursuant to Civil Local Rule 6-3.  Pursuant to the Local Rules of this District, "a party filing a motion to enlarge or shorten time must deliver a copy of the motion, proposed order and supporting declaration to all other parties on the day the motion is filed."  See Civil L.R. 6-3(b); see also Fed. R. Civ. P. 5 (requiring, with limited exceptions, that all documents filed be served on opposing parties).  Plaintiff has not attached a certificate of service, however, demonstrating that her motion has been served on defendant Francis J. Harvey, Secretary of the Army ("Harvey").  See id.; see also Civil L.R. 5-5 and 5-6 (setting forth requirements

1  for service of documents and for certificates of service).

2        Accordingly, if plaintiff wishes to pursue her motion, she must serve the motion on
3  defendant Harvey and file a certificate of service no later than June 16, 2006.  If plaintiff
4  fails to do so, the motion will be stricken.

5        **IT IS SO ORDERED.**

6  Dated: June 1, 2006        MAXINE M. CHESNEY
      United States District Judge