1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    LOUISE E. BURTON,                          No. C-95-3097 MMC

12              Plaintiff,                        **ORDER GRANTING IN PART AND**
                                                  **DENYING IN PART PLAINTIFF'S**
13        v.                                      **MOTION TO ENLARGE TIME**

14    FRANCIS J. HARVEY, Secretary of the         (Docket Nos. 30, 34)
      Army, and LT. COL. EDWARD L. MELTON,
15    USMC,

16              Defendants.

17    _____/

18

19         Before the Court is plaintiff's "Motion to Enlarge Time," filed June 13, 2006, by which

20    motion plaintiff seeks an extension of the June 1, 2006 deadline to serve defendant Lt. Col.

21    Edward L. Melton ("Melton"), as well as a 60-day extension of the November 3, 2006

22    discovery cutoff. Pursuant to Rule 6(e) of the Federal Rules of Civil Procedure and Civil

23    Local Rule 6-3, any opposition to the motion was due no later than June 21, 2006.  To date,

24    no opposition has been filed.

25         Plaintiff states she has been unable to serve defendant Melton because she does

26    not have his address, and anticipates seeking discovery of such from defendant Harvey.

27    Although plaintiff has shown good cause for an extension of the deadline to serve

28    defendant Melton, she has not shown good cause for an extension of the discovery cutoff.

      Plaintiff sets forth no reason why, once Melton is served, she cannot obtain discovery from

**United States District Court**

For the Northern District of California

1  such defendant prior to the existing discovery cutoff.

2       Accordingly, plaintiff's motion is GRANTED to the extent she seeks an extension of

3  the deadline to serve defendant Melton and DENIED to the extent she seeks an extension

4  of the November 3, 2006 discovery cutoff.  The deadline to serve defendant Melton is

5  hereby extended to September 1, 2006.

6       This order terminates Docket Nos. 30 and 34.

7       **IT IS SO ORDERED.**

8  Dated: June 23, 2006                    _____
                                           MAXINE M. CHESNEY
                                           United States District Judge

2