IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE E. BURTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANCIS J. HARVEY, Secretary of the Army, and LT. COL. EDWARD L. MELTON, USMC,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C-95-3097 MMC<br><br>**ORDER GRANTING DEFENDANT MELTON'S MOTION TO DISMISS; VACATING HEARING**<br><br>(Docket No. 42) |

Before the Court is defendant Lt. Col. Edward L. Melton's ("Melton") motion to dismiss the claims asserted against him, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. To date, plaintiff has not filed opposition to the motion.[1] Having considered the papers filed in support of the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby vacates the October 13, 2006 hearing.

As defendant points out, Title VII "provides the exclusive judicial remedy for claims of discrimination in federal employment." See Brown v. General Services Administration, 425 U.S. 820, 835 (1976); see also White v. General Services Administration, 652 F.2d

---

[1] Pursuant to Civil L.R. 7-3(a), any opposition was due no later than September 22, 2006.

913, 916-917 (9th Cir. 1981) (holding Title VII is exclusive remedy in employment discrimination actions against federal government and individual federal employees). Under Title VII, "there is no personal liability for employees, including supervisors[.]" <u>See Greenlaw v. Garrett</u>, 59 F.3d 994, 1001 (9th Cir. 1994). Consequently, plaintiff has not stated, and cannot state, a claim for employment discrimination against Melton.

Accordingly, Melton's motion to dismiss is hereby GRANTED, and plaintiff's complaint against Melton is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: October 5, 2006

MAXINE M. CHESNEY
United States District Judge