IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE E. BURTON, | No. C 95-3097 MMC |
| Plaintiff, | **ORDER VACATING DECEMBER 22, 2006 HEARING** |
| v. | |
| FRANCIS J. HARVEY, Secretary of the Army, | |
| Defendant / | |

    Before the Court is defendant's motion for summary judgment, filed November 17, 2006, and scheduled for hearing December 22, 2006. Pursuant to the Civil Local Rules of this District, opposition was due no later than December 1, 2006. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

    Accordingly, the Court deems the matter submitted on the moving papers and hereby VACATES the hearing scheduled for December 22, 2006.

    **IT IS SO ORDERED.**

Dated: December 11, 2006

MAXINE M. CHESNEY
United States District Judge